UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                    CASE NO. 08-CV-12768

v.                                    JUDGE PAUL D. BORMAN
                                          MAGISTRATE JUDGE STEVEN R. WHALEN

ANGELA A. QUEEN,

      Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF DENYING DEFENDANT'S OBJECTION TO GARNISHMENT AND CLAIM FOR EXEMPTIONS

Before the Court is Magistrate Judge Steven R. Whalen's Report and Recommendation (R&R) in favor of denying Defendant Angela A. Queen's objections to the garnishment and claim for exemptions (Docket 21.)

Having reviewed that Report and Recommendation, and there being no objections from either party, the Court hereby;

(1)    **ADOPTS** the Magistrate Judge's Report and Recommendation **DENYING** Defendant's objections to the garnishment and claim for exemptions .

**SO ORDERED.**

                                                S/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: October 1, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 1, 2009.

                                                S/Denise Goodine
                                                Case Manager